```
 1 │ LARRY W. McFARLAND (Bar No. 129668)
   │ BAKER & HOSTETLER LLP
 2 │ 9150 Wilshire Boulevard, Suite 205
   │ Beverly Hills, California 90212-3411
 3 │ (310) 385-7500
 4 │
   │ OF COUNSEL:
 5 │
   │ JOHN J. HELD
 6 │ PATRICK J. ARNOLD
   │ MCANDREWS, HELD & MALLOY, LTD.
 7 │ Citicorp Center, Suite 3400
   │ 500 West Madison Street
 8 │ Chicago, Illinois  60661
   │ (312) 707-8889
 9 │
10 │ Attorneys for Plaintiffs
   │ ENESCO CORPORATION and
11 │ PRECIOUS MOMENTS, INCORPORATED
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENESCO CORPORATION, an Ohio corporation, and PRECIOUS MOMENTS, INCORPORATED, an Illinois corporation,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PRICE/COSTCO INC., a Delaware corporation, and DOES 1 through 5,<br><br>　　　　Defendants. | CASE NO. CV 96-3769 TJH (SHx)<br><br>**NOTICE TO DISMISS THE ACTION WITH PREJUDICE** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

G:\lp\74880\00002\NtsDismissWithPrejudice-lwm.doc

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the plaintiffs hereby dismiss the above-entitled action with prejudice, each party to bear its own costs and attorneys' fees.

DATED: Jan. 8, 1999

McANDREWS, HELD & MALLOY, LTD.

- and -

BAKER & HOSTETLER LLP

*[signature]*

Larry W. McFarland

Attorneys for Plaintiffs
ENESCO CORPORATION and PRECIOUS MOMENTS, INCORPORATED

# PROOF OF SERVICE BY MAIL

**Enesco Corporation et al. v. Price/Costco Inc.**
**USDC, Central District, No. CV 96-3769 TJH (SHx)**

I, the undersigned, say: I am and was at all times herein mentioned a resident of the County of Los Angeles, over the age of eighteen years and not a party to the within action or proceeding; that my business address is 9150 Wilshire Boulevard, Los Angeles, California; that I am employed in the office of Baker & Hostetler, by a member of the Bar of this Court, at whose direction the service mentioned herein below was made.

I am readily familiar with the normal business practices of my employer for the collection and processing of correspondence and other materials for mailing with the United States Postal Service. In the ordinary course of business, any materials designated for mailing with the United States Postal Service and placed by me for collection in the office of employer is deposited the same day with the Unites States Postal Service.

On January 11, 1999 I served a copy of the **NOTICE TO DISMISS THE ACTION WITH PREJUDICE** upon counsel named below by placing a true and correct copy thereof in an envelope(s) and addressed as follows:

| | |
|---|---|
| Norman H. Levine<br>Jeffrey Spitz<br>Greenberg, Glusker, Fields,<br>  Claman & Machtinger LLP<br>1900 Avenue of the Stars, Suite 2100<br>Los Angeles, CA  90067<br>(310) 553-3610 | Attorneys for Defendant<br>PRICE/COSTCO INC. |
| Michael D. Sandler<br>Sandler, Ahern & McConaughy PLLC<br>1200 Fifth Avenue, Suite 1900<br>Seattle, WA  98101-2647<br>(206) 346-1750 | Attorneys for Defendant<br>PRICE/COSTCO INC. |

I sealed said envelope(s) and, following the ordinary business practices of my employer, placed said sealed envelope(s) in the office of my employer, for collection and mailing with the United States Postal Service on the same date.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 11, 1999 at Beverly Hills, California.

*/s/ I. A. Fines*
I. A. Fines

G:\Ip\74880\00002\POS-mail-iaf.doc